IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARY JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO. |
| v. | ) |
| | ) 1:11-CV-01687-SCJ |
| HEALTHPORT TECHNOLOGIES, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

This matter is before the Court on the parties' Joint Motion for Leave to Exceed Page Limits. As set forth therein, the Court finds that there is good cause to grant same. It is therefore

ORDERED, that the parties have an additional five (5) pages for their Memorandum of Law in Support of Renewed Joint Motion for Preliminary Approval of Class and Collective Action Settlement, and that the parties have leave to file a brief of up to thirty (30) pages.

IT IS SO ORDERED, this 10th day of April, 2012.

                                              s/Steve C. Jones
                                              STEVE C. JONES
                                              UNITED STATES DISTRICT JUDGE