IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARY JACKSON, on behalf of
herself and all others similarly situated,

                      CASE NO: 1:11-cv-1687

      Plaintiff,                    JURY DEMANDED

v.

HEALTHPORT TECHNOLOGIES, LLC,
      Defendant.

_____/

**JOINT MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND PETITION FOR ATTORNEYS FEES**

Plaintiff, MARY JACKSON, individually and on behalf of those similarly situated, and Defendant, HEALTHPORT TECHNOLOGIES, LLC, request final approval of the proposed Settlement Agreement filed contemporaneously herewith (hereinafter, "Settlement Agreement," attached as Exhibit A to the Memorandum of Law), which resolves all wage-related claims of Plaintiff, Opt-In Plaintiffs, and all putative class members who did or have not timely opt out of the Settlement against Defendant. The parties are scheduled to appear before this Court on April 12, 2013 for a final approval hearing on this matter.

The parties propose that the Court: (1) fully and finally approve the

Settlement Agreement; (2) finally certify the proposed Class for settlement purposes; (3) finally approve the form, content, and distribution of the Class Notice and Claim Form; (4) approve the enhancement awards and payments to Plaintiff and the Opt-in Plaintiffs; (5) approve Class Counsel's request for attorneys' fees and costs; and (6) dismiss the litigation with prejudice upon completion of the notice period.

As described in the Settlement Agreement in Section 1.9, the proposed class to be certified is "all persons who, on or before September 29, 2011, were employed by HealthPort as a Scan/Copy Rep, ROI Specialist, ROI Specialist 1, ROI Specialist 2, Sr. ROI Specialist, Site Coordinator, or Service Specialist at any location any time from February 9, 2008 to September 29, 2011; earned less than $100,000 per year; and were production-paid or commission-paid."

As set forth in the Memorandum in Support filed simultaneously herewith, the parties have afforded the Court with reasonable justification to finally approve the settlement of this consolidated litigation pursuant to Rule 23(e). A proposed order granting this consented motion is attached as Exhibit D to the Memorandum of Law.

Respectfully submitted this 8th day of April, 2013.

| MORGAN & MORGAN, P.A. | NELSON MULLINS RILEY & SCARBOROUGH LLP |
|---|---|
| **s/ C. Ryan Morgan – Pro Hac Vice** | **s/Matthew T. Gomes** |
| C. Ryan Morgan | Georgia Bar No. 297453 |
| Florida Bar No. 0015527 | Noshay L. Collins |
| Email: rmorgan@forthepeople.com | Georgia Bar No. 159022 |
| Carlos Leach | Counsel for Defendant |
| Florida Bar No. 0540021 | Atlantic Station / 201 17th Street, NW |
| E-mail: cleach@forthepeople.com | Suite 1700 |
| Counsel for Plaintiffs | Atlanta, GA  30363 |
| 20 N. Orange Ave., 14th Floor | Telephone:  (404) 322-6000 |
| Orlando, FL 32802-4979 | E-mail: |
| Phone:  (407) 420-1414 | matthew.gomes@nelsonmullins.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARY JACKSON, on behalf of
herself and all others similarly situated,

        CASE NO: 1:11-cv-1687

   Plaintiff,        JURY DEMANDED

v.

HEALTHPORT TECHNOLOGIES, LLC,
       Defendant.

_____/

**RULE 5.1B CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

     Pursuant to Local Rule 7.1D of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed and prepared with double spaces between lines using Times New Roman font of 14 point size.

                                      /s/ C. Ryan Morgan
                                      C. Ryan Morgan, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARY JACKSON, on behalf of
herself and all others similarly situated,

              CASE NO: 1:11-cv-1687

  Plaintiff,          JURY DEMANDED

v.
HEALTHPORT TECHNOLOGIES, LLC,
  Defendant.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Matthew T. Gomes, Esq., NELSON MULLINS RILEY & SCARBOROUGH, LLP, Atlantic Station, 201 17th Street, NW, Suite 1700, Atlanta, GA 30363, E-mail: matthew.gomes@nelsonmullins.com, Counsel for Defendant.

         /s/ C. Ryan Morgan
         C. Ryan Morgan, Esq.