IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARY JACKSON, on behalf of
herself and all others similarly
situated,

          Plaintiffs,

v.

HEALTHPORT TECHNOLOGIES,
LLC,

          Defendant.

_____/

CASE NO: 1:11-cv-1687
JURY DEMANDED

## ORDER GRANTING MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

The Court, having reviewed the Motion for Final Approval of Class and Collective Action Settlement [Doc. No. 66], hereby **ORDERS and ADJUDGES:**

1. That the Motion for Final Approval of Class and Collective Action Settlement is hereby **GRANTED**;

2. That the settlement class is finally certified for settlement purposes as a collective action under the Fair Labor Standards Act, 29 U.S.C. § 201, et. al.;

3. That under Federal Rule of Civil Procedure 23(b)(3), the following class is fully and finally certified for settlement purposes only: all persons who, on or before September 29, 2011, were employed by HealthPort as a Scan/Copy Rep,

ROI Specialist, ROI Specialist 1, ROI Specialist 2, Sr. ROI Specialist, Site Coordinator, or Service Specialist at any location any time from February 9, 2008 to September 29, 2011; earned less than $100,000 per year; and were production-paid or commission-paid;

4. That the settlement terms are a fair and reasonable settlement of bona fide disputes between the Parties and satisfies both the requirements of Rule 23 and the Fair Labor Standards Act.

5. That the service awards paid to Plaintiff, MARY JACKSON, and the Opt-in Plaintiffs, are fair and appropriate.

6. That the Court finds the Class Notice and Claim Form used to be accurate and clear, and complying with Rule 23 of the Federal Rules of Civil Procedure.

7. That the Parties, through the Administrator Kurtzman Carlson Consultants, have distributed the Class Notice and Claim Form in accordance with the deadlines and terms outlined in the settlement agreement;

8. That the attorneys' fees and costs to be paid to Class Counsel, Morgan & Morgan, P.A., of one-third (33 1/3%) of the common fund are reasonable and appropriate and hereby approved; and

9. That upon completion of the notice process and the submission of settlement funds, that the Parties will notify this Court of any outstanding issues

with this matter. If there are none, the Court will then dismiss this action with prejudice.

**IT IS SO ORDERED**, this 12th day of April, 2013.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE